UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI SMITH,<br>Plaintiff,<br>v.<br>RYAN COATES, et al.,<br>Defendants. | No. 2:26-cv-01236-TLN-CKD<br><br>**ORDER** |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On July 21, 2026, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED:

1. The findings and recommendations filed July 21, 2026 (ECF No. 4) are ADOPTED in

full.

2. This action is DISMISSED without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE